

DWIGHT C. HOLTON, OSB #09054
United States Attorney
District of Oregon
**STEPHEN F. PEIFER, OSB #74252**
Assistant United States Attorney
1000 S.W. Third Ave., Suite 600
Portland, OR 97204-2902
Telephone: (503) 727-1000
stephen.peifer@usdoj.gov
  Attorneys for United States of America

FILED 11 APR 15 10:40 USDC-ORP

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON
PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | No. 04-MJ-902 |
| v. | MOTION TO DISMISS |
| JUAN CARLOS SOLIS, JESUS CRUZ-PINEDA, and VALENTIN CHAVEZ-CHAVEZ, | |
| DefendantS. | |

The United States of America, by Dwight C. Holton, United States Attorney for the District of Oregon, and Stephen F. Peifer, Assistant United States Attorney, pursuant to Federal Rule of Criminal Procedure 48(a), moves this court for an order dismissing the criminal complaint and arrest warrant issued on November 16, 2004, signed by United States Magistrate Judge Stephen M. Bloom, on the grounds and for the reason that subsequent investigation and information have indicated that dismissal will best serve the ends of justice.

Dated this 15th day of April 2011.

DWIGHT C. HOLTON
United States Attorney
District of Oregon

/s/ Stephen F. Peifer
STEPHEN F. PEIFER, OSB #74252
Assistant United States Attorney